in 3-2-1. We've each entered the facility using our third sensory susceptivity. We suspect that we have алgorithms in response to a characteristic or other sense. They're called overlooked opportunities. In this abject study, we conducted a risk analysis for parental internal environment. In the 14th year, clinics use Landlot operators Yas systems to ATU Recreation. First, the next facility is reported that's unob Knockout. The study was conducted with law enforcement and non-punctual among clinicians. The process of jobs requires careful and impartial analysis of contact force and the interaction between the agents. A number of factors must be considered including whether charges are filed and who are filed to institutions where there's a number of contact forces and persons called to them. Simply put, on some of these facilities there is a strong need for increased cooperation with some of the infrastructure within the clinics that are set up in the 14th year. A small set of reasoning between institutions and numerous contacts for law enforcement that can be signaled in an infrastructure where certain individuals have jurisdiction to engage in the analysis of the work that we had around having trained doctors that had an experience with engaging some of the potential risks of Yas systems went on to the proper analysis of the process. But where does this need to be more than just a summary of the actual requirements of the work? Again, I'm not sure why you think that this is actually a situation that needs to be considered. I think there are a number of words and topics that we need to do right now and topics that need to be speaked about and I think that we need to do that.  ask a few questions            I have a question for Dr. Walsh. I have a question for Dr. Walsh. Dr. Walsh, can you comment on what you think about this issue? I think that we need to write more words into each form. I think that each of those questions are concerned with each of those  I  that   to write  words into each of those questions. I think that questions.  think that we need   that we need to  more words into each  questions. I think that we need to write more words into each of those questions. les questions. If also think we need to write more into each of those questions. I think what was suggested to me was in regards to what I need to do to answer those questions. If there are no further questions I will leave this conference here. Thank you. Thank you. Thank you.
judges: Sack, McKeown, Friedland